UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN MORALES, et al., <br><br> Plaintiffs, <br><br> against <br><br><br> BAREBURGER GROUP LLC, et al., <br><br> Defendants. | CIVIL ACTION NO.: 15 Civ. 6497 (SLC) <br><br> **ORDER** |

**SARAH L. CAVE, UNITED STATES MAGISTRATE JUDGE.**

The Court having conducted a telephone conference with the parties today, November 15, 2019, the parties are **ORDERED** to revise and refile their Settlement Agreement by **Friday, November 22, 2019**. The revised agreement must: (1) detail the allocation of payments to each Plaintiff by attaching and incorporating an allocation schedule, and (2) strike last sentence in paragraph 5(g) containing the requirement that Plaintiffs "immediately notify" Defendants if subpoenaed to testify concerning Defendants.

SO ORDERED.

Dated: November 15, 2019
New York, New York

_____
**SARAH L. CAVE**
**United States Magistrate Judge**