Privileged Settlement Communication                                                                                                                Subject to  Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Christian Morales | 12/15/2014 | 12/30/2014 | 2 | 34.5 | 0 | $ 5.65 | $ 8.48 | $ 8.00 | $ 12.00 | $ 276.00 | $ 194.93 | $ 81.08 | $ 162.15 | $ 324.30 |
|  | 12/31/2014 | 2/15/2015 | 7 | 34.5 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 301.88 | $ 194.93 | $ 106.95 | $ 748.65 | $ 1,497.30 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 910.80 | $ 1,821.60 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Marco Antonio Perez | 12/15/2013 | 12/30/2013 | 2 | 60 | 3 | $ 10.00 | $ 15.00 | $ 7.25 | $ 10.88 | $ 700.00 | $ 400.00 | $ 300.00 | $ 600.00 | $ 1,200.00 |
|  | 12/31/2013 | 12/30/2014 | 52 | 60 | 3 | $ 10.00 | $ 15.00 | $ 8.00 | $ 12.00 | $ 700.00 | $ 400.00 | $ 300.00 | $ 15,600.00 | $ 31,200.00 |
|  | 12/31/2014 | 2/13/2015 | 6 | 60 | 3 | $ 10.00 | $ 15.00 | $ 8.75 | $ 13.13 | $ 700.00 | $ 400.00 | $ 300.00 | $ 1,800.00 | $ 3,600.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 18,000.00 | $ 36,000.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Noe Mendieta | 5/25/2013 | 12/30/2013 | 31 | 61.5 | 3 | $ 12.00 | $ 18.00 | $ 7.25 | $ 10.88 | $ 867.00 | $ 738.00 | $ 129.00 | $ 3,999.00 | $ 7,998.00 |
|  | 12/31/2013 | 12/30/2014 | 52 | 61.5 | 3 | $ 12.00 | $ 18.00 | $ 8.00 | $ 12.00 | $ 867.00 | $ 738.00 | $ 129.00 | $ 6,708.00 | $ 13,416.00 |
|  | 12/31/2014 | 2/26/2015 | 8 | 61.5 | 3 | $ 12.00 | $ 18.00 | $ 8.75 | $ 13.13 | $ 867.00 | $ 738.00 | $ 129.00 | $ 1,032.00 | $ 2,064.00 |
|  | 2/27/2015 | 7/3/2015 | 18 | 61.5 | 3 | $ 12.00 | $ 18.00 | $ 8.75 | $ 13.13 | $ 867.00 | $ 738.00 | $ 129.00 | $ 2,322.00 | $ 4,644.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 14,061.00 | $ 28,122.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Edgar Mota | 9/15/2012 | 8/17/2013 | 48 | 78 | 6 | $ 5.00 | $ 7.50 | $ 7.25 | $ 10.88 | $ 703.25 | $ 390.00 | $ 313.25 | $ 15,036.00 | $ 15,036.00 |
|  | 8/18/2013 | 12/30/2013 | 19 | 78 | 6 | $ 5.00 | $ 7.50 | $ 7.25 | $ 10.88 | $ 703.25 | $ 390.00 | $ 313.25 | $ 5,951.75 | $ 11,903.50 |
|  | 12/31/2013 | 12/14/2014 | 50 | 78 | 6 | $ 5.00 | $ 7.50 | $ 8.00 | $ 12.00 | $ 776.00 | $ 390.00 | $ 386.00 | $ 19,300.00 | $ 38,600.00 |
|  | 12/15/2014 | 12/30/2014 | 2 | 40 | 0 | $ 5.65 | $ 8.48 | $ 8.00 | $ 12.00 | $ 320.00 | $ 226.00 | $ 94.00 | $ 188.00 | $ 376.00 |
|  | 12/31/2014 | 2/26/2015 | 8 | 40 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 350.00 | $ 226.00 | $ 124.00 | $ 992.00 | $ 1,984.00 |
|  | 2/27/2015 | 12/30/2015 | 44 | 40 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 350.00 | $ 226.00 | $ 124.00 | $ 5,456.00 | $ 10,912.00 |
|  | 12/31/2015 | 5/26/2016 | 21 | 40 | 0 | $ 5.65 | $ 8.48 | $ 9.00 | $ 13.50 | $ 360.00 | $ 226.00 | $ 134.00 | $ 2,814.00 | $ 5,628.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 49,737.75 | $ 84,439.50 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Juan Carlos Bautista | 9/15/2013 | 12/30/2013 | 15 | 82 | 6 | $ 5.65 | $ 8.48 | $ 7.25 | $ 10.88 | $ 746.75 | $ 463.30 | $ 283.45 | $ 4,251.75 | $ 8,503.50 |
|  | 12/31/2013 | 12/14/2014 | 50 | 82 | 6 | $ 5.65 | $ 8.48 | $ 8.00 | $ 12.00 | $ 824.00 | $ 463.30 | $ 360.70 | $ 18,035.00 | $ 36,070.00 |
|  | 12/15/2014 | 12/30/2014 | 2 | 82 | 6 | $ 5.65 | $ 8.48 | $ 8.00 | $ 12.00 | $ 824.00 | $ 463.30 | $ 360.70 | $ 721.40 | $ 1,442.80 |
|  | 12/31/2014 | 2/26/2015 | 8 | 60 | 5 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 612.50 | $ 339.00 | $ 273.50 | $ 2,188.00 | $ 4,376.00 |
|  | 2/27/2015 | 12/30/2015 | 44 | 60 | 5 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 612.50 | $ 339.00 | $ 273.50 | $ 12,034.00 | $ 24,068.00 |
|  | 12/31/2015 | 2/14/2016 | 6 | 60 | 5 | $ 5.65 | $ 8.48 | $ 9.00 | $ 13.50 | $ 630.00 | $ 339.00 | $ 291.00 | $ 1,746.00 | $ 3,492.00 |
|  | 2/15/2016 | 5/26/2016 | 21 | 36 | 0 | $ 8.75 | $ 13.13 | $ 9.00 | $ 13.50 | $ 324.00 | $ 315.00 | $ 9.00 | $ 189.00 | $ 378.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 39,165.15 | $ 78,330.30 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Abel Pimental | 1/7/2015 | 12/30/2015 | 51 | 40 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 350.00 | $ 226.00 | $ 124.00 | $ 6,324.00 | $ 12,648.00 |
|  | 12/31/2015 | 1/20/2016 | 3 | 40 | 0 | $ 5.65 | $ 8.48 | $ 9.00 | $ 13.50 | $ 360.00 | $ 226.00 | $ 134.00 | $ 402.00 | $ 804.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 6,726.00 | $ 13,452.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Alejandro Hernandez Angeles | 1/1/2015 | 2/26/2015 | 8 | 38 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 332.50 | $ 214.70 | $ 117.80 | $ 942.40 | $ 1,884.80 |
|  | 2/27/2015 | 12/30/2015 | 44 | 38 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 332.50 | $ 214.70 | $ 117.80 | $ 5,183.20 | $ 10,366.40 |
|  | 12/31/2015 | 1/20/2016 | 3 | 38 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 332.50 | $ 214.70 | $ 117.80 | $ 353.40 | $ 706.80 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 6,479.00 | $ 12,958.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Antony Mejia | 3/15/2015 | 12/30/2015 | 41 | 44 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 402.50 | $ 248.60 | $ 153.90 | $ 6,309.90 | $ 12,619.80 |
|  | 12/31/2015 | 1/20/2016 | 3 | 44 | 0 | $ 5.65 | $ 8.48 | $ 9.00 | $ 13.50 | $ 414.00 | $ 248.60 | $ 165.40 | $ 496.20 | $ 992.40 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 6,806.10 | $ 13,612.20 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Elfego Hernandez Gomez | 12/15/2014 | 12/30/2014 | 2 | 37 | 0 | $ 5.65 | $ 8.48 | $ 8.00 | $ 12.00 | $ 296.00 | $ 209.05 | $ 86.95 | $ 173.90 | $ 347.80 |
|  | 12/31/2014 | 2/26/2015 | 8 | 37 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 323.75 | $ 209.05 | $ 114.70 | $ 917.60 | $ 1,835.20 |
|  | 2/27/2015 | 12/11/2015 | 41 | 37 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 323.75 | $ 209.05 | $ 114.70 | $ 4,702.70 | $ 9,405.40 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 5,794.20 | $ 11,588.40 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Gerardo Diaz Reyes | 8/15/2011 | 5/14/2012 | 39 | 65 | 5 | $ 8.75 | $ 13.13 | $ 7.25 | $ 10.88 | $ 678.13 | $ 568.75 | $ 109.38 | $ 4,265.63 | $ 4,265.63 |
|  | 5/15/2012 | 8/17/2013 | 66 | 65 | 5 | $ 9.75 | $ 14.63 | $ 7.25 | $ 10.88 | $ 755.63 | $ 633.75 | $ 121.88 | $ 8,043.75 | $ 8,043.75 |
|  | 8/18/2013 | 10/14/2013 | 8 | 65 | 5 | $ 9.75 | $ 14.63 | $ 7.25 | $ 10.88 | $ 755.63 | $ 633.75 | $ 121.88 | $ 975.00 | $ 1,950.00 |
|  | 10/15/2013 | 12/30/2013 | 11 | 65 | 5 | $ 9.75 | $ 14.63 | $ 7.25 | $ 10.88 | $ 755.63 | $ 633.75 | $ 121.88 | $ 1,340.63 | $ 2,681.25 |
|  | 12/31/2013 | 3/14/2014 | 10 | 65 | 5 | $ 9.75 | $ 14.63 | $ 8.00 | $ 12.00 | $ 755.63 | $ 633.75 | $ 121.88 | $ 1,218.75 | $ 2,437.50 |
|  | 3/15/2014 | 12/30/2014 | 41 | 60 | 5 | $ 9.75 | $ 14.63 | $ 8.00 | $ 12.00 | $ 682.50 | $ 585.00 | $ 97.50 | $ 3,997.50 | $ 7,995.00 |
|  | 12/31/2014 | 2/26/2015 | 8 | 60 | 5 | $ 9.75 | $ 14.63 | $ 8.75 | $ 13.13 | $ 682.50 | $ 585.00 | $ 97.50 | $ 780.00 | $ 1,560.00 |
|  | 2/27/2015 | 12/10/2015 | 41 | 60 | 5 | $ 9.75 | $ 14.63 | $ 8.75 | $ 13.13 | $ 682.50 | $ 585.00 | $ 97.50 | $ 3,997.50 | $ 7,995.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 24,618.75 | $ 36,928.13 |

Privileged Settlement Communication                                                                                          Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ivan Benitez | 11/30/2015 | 12/30/2015 | 4 | 33 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 288.75 | $ 186.45 | $ 102.30 | $ 409.20 | $ 818.40 |
|  | 12/31/2015 | 1/20/2016 | 3 | 33 | 0 | $ 5.65 | $ 8.48 | $ 9.00 | $ 13.50 | $ 297.00 | $ 186.45 | $ 110.55 | $ 331.65 | $ 663.30 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 740.85 | $ 1,481.70 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Miguel Calderon Sanchez | 1/7/2015 | 2/26/2015 | 7 | 42 | 0 | $ 3.50 | $ 5.25 | $ 8.75 | $ 13.13 | $ 376.25 | $ 140.00 | $ 236.25 | $ 1,653.75 | $ 3,307.50 |
|  | 2/27/2015 | 9/29/2015 | 31 | 42 | 0 | $ 3.50 | $ 5.25 | $ 8.75 | $ 13.13 | $ 376.25 | $ 140.00 | $ 236.25 | $ 7,323.75 | $ 14,647.50 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 8,977.50 | $ 17,955.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Oscar Martinez | 9/15/2013 | 12/30/2013 | 15 | 40.5 | 0 | $ 5.65 | $ 8.48 | $ 7.25 | $ 10.88 | $ 295.44 | $ 228.83 | $ 66.61 | $ 999.19 | $ 1,998.38 |
|  | 12/31/2013 | 12/30/2014 | 52 | 40.5 | 0 | $ 5.65 | $ 8.48 | $ 8.00 | $ 12.00 | $ 326.00 | $ 228.83 | $ 97.18 | $ 5,053.10 | $ 10,106.20 |
|  | 12/31/2014 | 2/26/2015 | 8 | 40.5 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 356.56 | $ 228.83 | $ 127.74 | $ 1,021.90 | $ 2,043.80 |
|  | 2/27/2015 | 10/15/2015 | 33 | 40.5 | 0 | $ 5.65 | $ 8.48 | $ 8.75 | $ 13.13 | $ 356.56 | $ 228.83 | $ 127.74 | $ 4,215.34 | $ 8,430.68 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 11,289.53 | $ 22,579.05 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Omar Reyes Diaz | 11/15/2011 | 2/14/2012 | 13 | 70 | 5 | $ 7.00 | $ 10.50 | $ 7.25 | $ 10.88 | $ 616.25 | $ 490.00 | $ 126.25 | $ 1,641.25 | $ 1,641.25 |
|  | 2/15/2012 | 5/14/2013 | 65 | 70 | 5 | $ 10.00 | $ 15.00 | $ 7.25 | $ 10.88 | $ 850.00 | $ 700.00 | $ 150.00 | $ 9,750.00 | $ 9,750.00 |
|  | 5/15/2013 | 8/7/2013 | 12 | 70 | 5 | $ 12.00 | $ 18.00 | $ 7.25 | $ 10.88 | $ 1,020.00 | $ 840.00 | $ 180.00 | $ 2,160.00 | $ 2,160.00 |
|  | 8/8/2013 | 8/14/2013 | 1 | 70 | 5 | $ 12.00 | $ 18.00 | $ 7.25 | $ 10.88 | $ 1,020.00 | $ 840.00 | $ 180.00 | $ 180.00 | $ 360.00 |
|  | 8/15/2013 | 12/30/2013 | 20 | 70 | 5 | $ 12.50 | $ 18.75 | $ 7.25 | $ 10.88 | $ 1,062.50 | $ 875.00 | $ 187.50 | $ 3,750.00 | $ 7,500.00 |
|  | 12/31/2013 | 12/30/2014 | 52 | 70 | 5 | $ 12.50 | $ 18.75 | $ 8.00 | $ 12.00 | $ 1,062.50 | $ 875.00 | $ 187.50 | $ 9,750.00 | $ 19,500.00 |
|  | 12/31/2014 | 1/14/2015 | 2 | 70 | 5 | $ 12.50 | $ 18.75 | $ 8.75 | $ 13.13 | $ 1,062.50 | $ 875.00 | $ 187.50 | $ 375.00 | $ 750.00 |
|  | 1/15/2015 | 2/26/2015 | 6 | 70 | 5 | $ 12.50 | $ 18.75 | $ 8.75 | $ 13.13 | $ 1,062.50 | $ 875.00 | $ 187.50 | $ 1,125.00 | $ 2,250.00 |
|  | 2/27/2015 | 12/30/2015 | 44 | 70 | 5 | $ 12.50 | $ 18.75 | $ 8.75 | $ 13.13 | $ 1,062.50 | $ 875.00 | $ 187.50 | $ 8,250.00 | $ 16,500.00 |
|  | 12/31/2015 | 5/26/2016 | 21 | 70 | 5 | $ 12.50 | $ 18.75 | $ 9.00 | $ 13.50 | $ 1,062.50 | $ 875.00 | $ 187.50 | $ 3,937.50 | $ 7,875.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 40,918.75 | $ 68,286.25 |
|  |  |  |  |  |  |  |  |  |  |  |  | TOTAL: | $ 234,225.38 | $ 427,554.13 |

1  This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2  Plaintiffs reserve the right to correct or amend this chart.
3  This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

Privileged Settlement Communication                                                                                               Subject to  Revision / Correction

| Plaintiff | Pay Period From | Pay Period To |
|---|---|---|
| **Christian Morales** | 12/15/2014 | 12/30/2014 |
| | 12/31/2014 | 2/15/2015 |
| | | |
| | | |
| **Marco Antonio Perez** | 12/15/2013 | 12/30/2013 |
| | 12/31/2013 | 12/30/2014 |
| | 12/31/2014 | 2/13/2015 |
| | | |
| | | |
| **Noe Mendieta** | 5/25/2013 | 12/30/2013 |
| | 12/31/2013 | 12/30/2014 |
| | 12/31/2014 | 2/26/2015 |
| | 2/27/2015 | 7/3/2015 |
| | | |
| | | |
| **Edgar Mota** | 9/15/2012 | 8/17/2013 |
| | 8/18/2013 | 12/30/2013 |
| | 12/31/2013 | 12/14/2014 |
| | 12/15/2014 | 12/30/2014 |
| | 12/31/2014 | 2/26/2015 |
| | 2/27/2015 | 12/30/2015 |
| | 12/31/2015 | 5/26/2016 |
| | | |
| | | |
| **Juan Carlos Bautista** | 9/15/2013 | 12/30/2013 |
| | 12/31/2013 | 12/14/2014 |
| | 12/15/2014 | 12/30/2014 |
| | 12/31/2014 | 2/26/2015 |
| | 2/27/2015 | 12/30/2015 |
| | 12/31/2015 | 2/14/2016 |
| | 2/15/2016 | 5/26/2016 |
| | | |
| | | |
| **Abel Pimental** | 1/7/2015 | 12/30/2015 |
| | 12/31/2015 | 1/20/2016 |
| | | |
| | | |
| **Alejandro Hernandez Angeles** | 1/1/2015 | 2/26/2015 |
| | 2/27/2015 | 12/30/2015 |
| | 12/31/2015 | 1/20/2016 |
| | | |
| | | |
| **Antony Mejia** | 3/15/2015 | 12/30/2015 |
| | 12/31/2015 | 1/20/2016 |
| | | |
| | | |
| **Elfego Hernandez Gomez** | 12/15/2014 | 12/30/2014 |
| | 12/31/2014 | 2/26/2015 |
| | 2/27/2015 | 12/11/2015 |
| | | |
| | | |
| **Gerardo Diaz Reyes** | 8/15/2011 | 5/14/2012 |
| | 5/15/2012 | 8/17/2013 |
| | 8/18/2013 | 10/14/2013 |
| | 10/15/2013 | 12/30/2013 |
| | 12/31/2013 | 3/14/2014 |
| | 3/15/2014 | 12/30/2014 |
| | 12/31/2014 | 2/26/2015 |
| | 2/27/2015 | 12/10/2015 |
| | | |
| | | |

Privileged Settlement Communication                                                          Subject to Revision / Correction

| Plaintiff | Pay Period From | To | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ivan Benitez | 11/30/2015 | 12/30/2015 | $ | - | $ | - | $ | 2,450.00 | $ 5,000.00 | $ 520.00 | $ 9,197.60 | |
| | 12/31/2015 | 1/20/2016 | $ | - | $ | - | | | | | $ 994.95 | |
| | | | $ | - | $ | - | $ | 2,450.00 | $ 5,000.00 | $ 520.00 | $ 10,192.55 | |
| | | | | | | | | | | | | |
| Miguel Calderon Sanchez | 1/7/2015 | 2/26/2015 | $ | - | $ | - | | | | | $ 4,961.25 | |
| | 2/27/2015 | 9/29/2015 | $ | - | $ | - | | | | | $ 21,971.25 | |
| | | | $ | - | $ | - | $ | - | $ - | $ - | $ 26,932.50 | |
| | | | | | | | | | | | | |
| Oscar Martinez | 9/15/2013 | 12/30/2013 | $ | - | $ | - | $ | 5,000.00 | $ 5,000.00 | $ 460.00 | $ 13,457.56 | |
| | 12/31/2013 | 12/30/2014 | $ | - | $ | - | | | | | $ 15,159.30 | |
| | 12/31/2014 | 2/26/2015 | $ | - | $ | - | | | | | $ 3,065.70 | |
| | 2/27/2015 | 10/15/2015 | $ | - | $ | - | | | | | $ 12,646.01 | |
| | | | $ | - | $ | - | $ | 5,000.00 | $ 5,000.00 | $ 460.00 | $ 44,328.58 | |
| | | | | | | | | | | | | |
| Omar Reyes Diaz | 11/15/2011 | 2/14/2012 | $ | 471.25 | $ | 117.81 | $ | 5,000.00 | $ 5,000.00 | $ - | $ 13,871.56 | |
| | 2/15/2012 | 5/14/2013 | $ | 2,356.25 | $ | 589.06 | | | | | $ 22,445.31 | |
| | 5/15/2013 | 8/7/2013 | $ | 435.00 | $ | 108.75 | | | | | $ 4,863.75 | |
| | 8/8/2013 | 8/14/2013 | $ | 36.25 | $ | 36.25 | | | | | $ 612.50 | |
| | 8/15/2013 | 12/30/2013 | $ | 725.00 | $ | 725.00 | | | | | $ 12,700.00 | |
| | 12/31/2013 | 12/30/2014 | $ | 2,080.00 | $ | 2,080.00 | | | | | $ 33,410.00 | |
| | 12/31/2014 | 1/14/2015 | $ | 87.50 | $ | 87.50 | | | | | $ 1,300.00 | |
| | 1/15/2015 | 2/26/2015 | $ | 262.50 | $ | 262.50 | | | | | $ 3,900.00 | |
| | 2/27/2015 | 12/30/2015 | $ | 1,925.00 | $ | 1,925.00 | | | | | $ 28,600.00 | |
| | 12/31/2015 | 5/26/2016 | $ | 945.00 | $ | 945.00 | | | | | $ 13,702.50 | |
| | | | $ | 9,323.75 | $ | 6,876.88 | $ | 5,000.00 | $ 5,000.00 | $ - | $ 135,405.63 | 16.21% | 13573.16342 |
| | | | | | | | | | | | | |
| | | | $ | 33,064.25 | $ | 27,762.69 | $ | 50,400.00 | $ 53,400.00 | $ 9,082.00 | $ 835,488.44 | |

| | | |
|---|---|---|
| Filing Date | | 8/18/2015 |
| FLSA | | 8/18/2013 |
| NYLL | | 8/18/2009 |
| Amendment | | 4/9/2011 |
| Today | | 10/25/2019 |